UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND B. TAYLOR, #224931,

       Plaintiff,

                              CASE NO. 05-CV-74712
v.                                HONORABLE GEORGE CARAM STEEH

DAVID J. WEAVER,

       Defendant.
_____/

**ORDER DENYING PETITION FOR THE COURT'S OWN REMAND**

      Before the Court is Plaintiff Richmond Brown Taylor's "Petition for the Court's Own Remand Due to Their Fear of the Ku Klux Klan and for Being an Inadvertent Instrument of Infamous Organization." The Court, however, has dismissed Plaintiff's civil rights complaint as frivolous, for failure to state a claim upon which relief may be granted and on the basis of immunity. The Court has also concluded that an appeal from the dismissal order would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997). The Court finds no reason to alter its decision or to certify any matters for appeal. Plaintiff's petition for remand is **DENIED**. This case is closed. Plaintiff is not allowed to file further pleadings in this case. Additional pleadings shall be stricken.

      **IT IS SO ORDERED.**

                                                  S/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 30, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on March 30, 2006, by electronic and/or ordinary mail.

                                                S/Josephine Chaffee
                                                Secretary/Deputy Clerk