UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHMOND B. TAYLOR, #224931,

    Plaintiff,

v.

    CASE NO. 05-CV-74712
    HONORABLE GEORGE CARAM STEEH

DAVID J. WEAVER,

    Defendant.
_____/

### ORDER DENYING PETITION FOR SUMMARY DISMISSAL AND REMAND

Before the Court is Plaintiff Richmond Brown Taylor's motion for summary dismissal and remand. The Court, however, has dismissed Plaintiff's civil rights complaint as frivolous, for failure to state a claim upon which relief may be granted and on the basis of immunity. The Court has also concluded that an appeal from the dismissal order would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997). The Court finds no reason to alter its decision or to certify any matters for appeal. Plaintiff's petition for summary dismissal and remand is **DENIED**. This case is closed. Plaintiff is not allowed to file further pleadings in this case. Additional pleadings shall be stricken.

    **IT IS SO ORDERED.**

                                      s/Geroge Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

DATED: March 31, 2006